In the Matter of ALICE WATERMAN, Respondent, against THE JAMAICA HOSPITAL and/or TRUSTEES OF THE JAMAICA HOSPITAL; INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant, a hospital nurse, contracted syphilis while caring for an infant which suffered from congenital syphilis. The evidence sustains the finding of the Board that claimant's present condition and disability are the result of the disease she contracted and the necessary medicinal treatment which followed. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of MARION M. WEIR, Respondent, against BOARD OF EDUCATION, SCHOOL DISTRICT No. 10, UNION FREE SCHOOL, and ÆTNA LIFE INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of disability compensation and decision of the State Industrial Board under the Workmen's Compensation Law, noticed August 5, 1938. Claimant, a school teacher, was on duty during the noon hour supervising the pupils. Usually she carried her lunch and ate it at the school. On the day of the accident she forgot her lunch and so informed the principal. She offered to remain on duty without it, but he directed her to go home and get it and to rush back. While on this journey she slipped on an icy walk, fell and was injured. Award and decision unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.